mc

FILED

APR 06 2016 mc

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

APR 06 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE
SHEILA M. FINNEGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16 CR 159 |
| v. ) | |
| ) | Violations: Title 18, United States |
| ANTORONDI BENION and ) | Code, Sections 1028(a)(7), 1028A, and |
| RONNIE ALLEN, II ) | 1029(a)(3) |

JUDGE KENNELLY

COUNT ONE

MAGISTRATE JUDGE MASON

The SPECIAL FEBRUARY 2016 GRAND JURY charges:

1. At times material to this indictment:

    a. Defendant ANTORONDI BENION was a resident of the Northern District of Illinois.

    b. Defendant RONNIE ALLEN, II was formerly an enlisted member of the United States Air Force, stationed at a base in Idaho. ALLEN had access to a roster of more than 1,400 Air Force personnel stationed at the base, which included names, dates of birth, social security numbers, and other personal identifying information.

2. On or about April 30, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANTORONDI BENION and
RONNIE ALLEN, II,

defendants herein, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the name, social security number, and date of birth of members of the United States Air Force,

knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid or abet, and in connection with, any unlawful activity that constitutes a felony under Illinois law, namely, identity theft in violation of 720 ILCS 5/16-30(a)(1), and the transfer, possession, and use of the means of identification was in and affected interstate commerce;

In violation of Title 18, United States Code, Section 1028(a)(7) and (b)(1)(D).

## COUNT TWO

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

On or about April 30, 2014, in the Northern District of Illinois, and elsewhere,

ANTORONDI BENION and
RONNIE ALLEN, II,

defendants herein, knowingly and with intent to defraud, possessed 15 or more unauthorized access devices, namely the names, social security numbers, and dates of birth of members of the United States Air Force, thereby affecting interstate commerce;

In violation of 18 United States Code, Section 1029(a)(3) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

On or about April 30, 2014, in the Northern District of Illinois, and elsewhere,

ANTORONDI BENION and
RONNIE ALLEN, II

defendants herein, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the name, date of birth, and social security number of a member of the United States Air Force, during and in relation to the offense of access device fraud, in violation of Title 18, United States Code, Section 1029(a)(3), as described in Count Two of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1).

_____
FOREPERSON

_____
UNITED STATES ATTORNEY